AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

***** DISTRICT OF  NEVADA

MARITTE FUNCHES,

      Plaintiff,              JUDGMENT IN A CIVIL CASE

V.

                                CASE NUMBER:  **3:11-CV-00710-RCJ-WGC**

RICK RIMINGTON, et al.,

      Defendants.

___    **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___    **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

_X_    **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

     **IT IS ORDERED AND ADJUDGED** that this action is **DISMISSED** without prejudice to the filing of a new properly commenced action under a new docket number with either the required filing fee or a properly completed application to proceed *in forma pauperis*.

   October 5, 2011                                          **LANCE S. WILSON**
                                                                 Clerk

                                                               /s/ D. R. Morgan
                                                                 Deputy Clerk